**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JESUS GUERRERO-RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-69 |
| | § | |
| LIEUTENANT GONZALEZ, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jesus Guerrero-Rodriguez filed the above-styled lawsuit.  The court  previously referred the case to the Honorable Keith F. Giblin, United States Magistrate Judge.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment shall be entered dismissing this lawsuit.   The dismissal of this lawsuit is based on plaintiff's failure to provide the court with a current address.  If plaintiff wishes to have the case reinstated on the court's active docket, he may do so by providing a current address within 60 days of the date set forth below.

SIGNED at Beaumont, Texas, this 29th day of January, 2019.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE